

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00265-CV

SW SERVICE CENTER 1, L.P. AND SW SERVICE CENTER 2, L.P., Appellants

V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

Appeal from the 295th District Court of Harris County. (Tr. Ct. No. 2011-56200).

**TO THE 295TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 16th day of April, 2015, the cause upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

After due consideration, the Court **grants** the motion to dismiss filed by the appellants, SW Service Center 1, L.P. and SW Service Center 2, L.P. Accordingly, the Court **dismisses** the appeal.

The Court **orders** that costs be taxed against appellants.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 16, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Brown and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

June 19, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

